**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Errardo SANTILLANA, Defendant–Appellant.**

**No. 13–13708**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 5, 2014.

Cherie Krigsman, Natalie Hirt Adams, Arthur Lee Bentley, III, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Cynthia Judith Hernandez, Law Offices of Cynthia Hernandez, Tampa, FL, Errardo Santillana, Fmc Lexington, Lexington, KY, for Defendant–Appellant.

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Cynthia J. Hernandez, appointed counsel for Errardo Santillana, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

---

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the conviction and sentence are **AFFIRMED.**